# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT COURT OF PENNSYLVANIA

**LEE E. CRAWFORD,**

      **Plaintiff,**

      **v.**

**WARDEN ROBERT MCMILLAN,**
**et al.,**

      **Defendants.**

**No. 1:17-CV-00641**

**(Judge Rambo)**

## ORDER

**AND NOW**, **THEREFORE**, this 9th day of June, 2017, in accordance with the accompanying memorandum **IT IS ORDERED THAT:**

1. Plaintiff's motion to proceed _in forma pauperis_ (Doc. Nos. 2 and 7) are construed as motions to proceed without full prepayment of the filing fee and are **GRANTED**;

2. Pursuant to the screening provisions of the Prison Litigation Reform Act, Plaintiff's complaint (Doc. No. 1) is **DISMISSED** for being barred by the doctrines of _res judicata_ and the statute of limitations, and thus, for failure to state a claim upon which relief can be granted and without leave to file an amended complaint as it would be futile; and

3. The Clerk of Court is directed to **CLOSE** this case.

        _s/Sylvia H. Rambo_
        SYLVIA H. RAMBO
        United States District Judge